**THIRD DIVISION**
**DOYLE, P.J. and MILLER, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**May 5, 2014**

# In the Court of Appeals of Georgia

A11A2322. THE STATE v. HIPP

MILLER, Judge.

In *Hipp v. State*, 293 Ga. 415 (746 SE2d 95) (2013), the Supreme Court of Georgia reversed this Court's opinion in *State v. Hipp*, 314 Ga. App. 520 (724 SE2d 825) (2012). We therefore vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Ellington, P. J., and Doyle, P.J., concur.*